UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO HARDY,

    Petitioner,

v.                                                                  CASE NO.  3:14cv144/MCR/EMT

JULIE L. JONES,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 1, 2016 (ECF No. 39).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has made a <u>de novo</u> determination of any timely filed objections.  *See* ECF No. 45.  Petitioner has waived any objection as to Grounds One, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven, and objects only as to Ground Two.

Page 2 of 2

Having considered the Report and Recommendation, and the timely objection to Ground Two, the court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Chief Mgistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The third amended petition for writ of habeas corpus (ECF No. 15) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of September, 2016.

>   s/ *M. Casey Rodgers*
>   **M. CASEY RODGERS**
>   **CHIEF UNITED STATES DISTRICT JUDGE**